IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH ANTONETTI,

    Plaintiff,

v.                                              No. 21-cv-0279 KG/SMV

N.M.C.D. WARDEN SANTISTEFAN, et al.,

    Defendants.

### ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

THIS MATTER is before the Court on Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2], docketed on March 26, 2021. Based on analysis of the application and the inmate account statement, *id.* at 3–4, the Court will grant Plaintiff leave to proceed under 28 U.S.C. § 1915. Because the Court will grant the application, the filing fee for this civil rights complaint is $350. Pursuant to § 1915(b)(1), Plaintiff is required to make installment payments until the full amount of the filing fee is paid.

Plaintiff's inmate account statement shows total deposits over the six-month period preceding filing in the amount of $280, for an average monthly deposit of $46.67. [Doc. 2] at 4. Analyzing Plaintiff's inmate account statement under § 1915(b)(1), the Court finds that Plaintiff owes an initial partial payment of $9.33 (20% of $46.67). If Plaintiff fails to make a payment by the designated deadline or show cause why such payment should be excused, the Complaint may be dismissed without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that, **no later than August 10, 2021**, Plaintiff send to the Clerk an initial partial payment of $9.33 or show cause why payment should be excused.

**IT IS FURTHER ORDERED** that the Clerk provide Plaintiff with two copies of this Order and that Plaintiff attach one copy of this Order to the check with the initial partial payment.

**IT IS FURTHER ORDERED** that, after payment of the $9.33 initial partial fee, Plaintiff make monthly payments of 20% of the preceding month's income credited to his account or show cause why the designated payments should be excused.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**