IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH ANTONETTI,

      Plaintiff,

v.	No. 21-cv-0279 DHU/SMV

FNU SANTISTEFAN, FNU MARTINEZ,
FNU BROWN, FNU BUCKALEW,
JOHN GAY, GEO CORP., FNU CHAVEZ,
ALISHA LUCERO, FNU ETTER,
FNU MENDONZA, FNU UYUON,
FNU GOMEZ, FNU LUJAN-GRISHAM,
DOES 1–15, FNU DURAN, and NMCD,

      Defendants.

## ORDER TO SHOW CAUSE AND DENYING MOTION TO RECONSIDER

THIS MATTER is before the Court *sua sponte* in connection with Plaintiff Joseph Antonetti's Prisoner Civil Rights Complaint. [Doc. 1]. Plaintiff's address of record is the Penitentiary of New Mexico, in Santa Fe. A search on the New Mexico Corrections Department's website, https://www.cd.nm.gov/offender-search/, of Plaintiff's name and, alternatively, of his inmate number, shows that Plaintiff is not in New Mexico Corrections Department's custody.

Though it appears that Plaintiff is no longer receiving mail at the Penitentiary of New Mexico, the Court has not been notified of his new address. Pursuant to Local Rules of Civil Procedure of the United States District Court for the District of New Mexico Rule 83.6, pro se parties have "a continuing duty to notify the Clerk, in writing, of any change in their mailing address[.]" It is incumbent on pro se litigants to follow the local procedural rules. *Brandenburg*

*v. Beaman*, 632, F.2d 120, 122 (10th Cir. 1980).  Because Plaintiff has failed to comply with Local Rule 83.6, he will be required to show cause why this action should not be dismissed.

Also before the Court is Plaintiff's Motion to Reconsider [Doc. 8], in which Plaintiff seeks reconsideration of/relief from the Court's Order Denying Motions to Waive the Initial Partial Payment and Granting an Extension of 30 Days to Make the Payment.  [Doc. 7].  After filing the Motion, Plaintiff made the initial partial payment.  [Doc. 11].  As such, the Motion is moot.  It shall be denied accordingly.

**IT IS HEREBY ORDERED** that Plaintiff must notify the Court in writing of his new address no later than **January 3, 2023**, or show cause in writing why this proceeding should not be dismissed.  Failure to timely comply with this Order may result in dismissal without further notice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reconsider [Doc. 8] is **DENIED** as **moot**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**